UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS




| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DURGIN PAINTING, INC., DONALD DURGIN and PATRICIA DURGIN,<br><br>Defendants. | CIVIL ACTION NO.<br><br> |

**NORTH AMERICAN SPECIALTY INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

The plaintiff, North American Specialty Insurance Company ("NAS"), is a wholly owned subsidiary of Swiss Re.

                              Respectfully submitted,

                              **NORTH AMERICAN SPECIALTY INSURANCE COMPANY,**

                              By its attorneys,

                              Bradford R. Carver (BBO #565396)
                              Eric H. Loeffler (BBO#641289)
                              CETRULO & CAPONE LLP
                              Two Seaport Lane, 10th Floor
                              Boston, MA 02210

Dated: December 2, 2004            (617) 217-5500