AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

NORTH AMERICAN SPECIALTY INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

V.

DURGIN PAINTING, INC., DONALD DURGIN
and PATRICIA DURGIN

CASE NUMBER:

04-125
04-12541 JLT

TO: (Name and address of Defendant)

Donald Durgin
7 Tom's Hollow Road
Orleans, MA 02662

A TRUE COPY ATTEST
DAVID D. AYLES, PROCESS SERVER
AND DISINTERESTED PERSON

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric H. Loeffler, Esq.
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

March 9, 2005

DATE

MARCH 10, 2005

# *QUICKSERV*
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day SERVED the within named*   DONALD DURGIN

*by delivering to*   DONALD DURGIN, PRESIDENT, 7:30 AM

__X__   *in hand*

*No.*   7 TOM'S HOLLOW ROAD
*in the*   ORLEANS   *District of said*   BARNSTABLE   *County an attested copy of the* SUMMONS AND COMPLAINT

*Service and travel*   28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of* 75 *miles in the service of this process*



_____
Process Server