AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

NORTH AMERICAN SPECIALTY INSURANCE COMPANY

V.

DURGIN PAINTING, INC., DONALD DURGIN and PATRICIA DURGIN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04-12541JLT

TO: (Name and address of Defendant)
Patricia Durgin
7 Tom's Hollow Road
Orleans, MA 02662

*A TRUE COPY ATTEST
DAVID D. AYLES, PROCESS SERVER
AND DISINTERESTED PERSON*

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric H. Loeffler, Esq.
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

_Kimberly M Abaid_
(By) DEPUTY CLERK

_March 9, 2005_
DATE

MARCH 10, 2005

# *QUICKSERV*
### ALLSTATE PROCESS SERVERS

# RETURN OF SERVICE

*I this day SERVED the within named*   PATRICIA DURGIN

*by delivering to*   DONALD DURGIN, PRESIDENT, 7:30 AM

<u>X</u>   *in hand*

*No.*   7 TOM 'S HOLLOW ROAD
*in the*   ORLEANS   *District of said*   BARNSTABLE   *County an attested copy of the* SUMMONS AND COMPLAINT

*Service and travel*   28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of* 75 *miles in the service of this process*



Process Server

Case 1:04-cv-12541-JLT    Document 5    Filed 03/11/2005    Page 3 of 3