UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAR 29 A 11: 51
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>DURGIN PAINTING, INC,. DONALD DURGIN and PATRICIA DURGIN,<br><br>Defendants | CIVIL ACTION NO.<br>04-12541JLT |

## ANSWER OF DONALD DURGIN

Now comes the Defendant, Donald Durgin, and answers the Plaintiff's Complaint as follows:

1. The Defendant admits the allegations contained in Paragraph One of Plaintiff's Complaint.

2. The Defendant admits the allegations contained in Paragraph Two of Plaintiff's Complaint.

3. The Defendant admits the allegations contained in Paragraph Three of Plaintiff's Complaint.

4. The Defendant admits the allegations contained in Paragraph Four of Plaintiff's Complaint.

5. The Defendant admits the allegations contained in Paragraph Five of Plaintiff's Complaint.

6. The Defendant denies the allegations contained in Paragraph Six of Plaintiff's Complaint.

7. The Defendant admits the allegations contained in Paragraph Seven of Plaintiff's Complaint.

8. The Defendant admits the allegations contained in Paragraph Eight of Plaintiff's Complaint.

9. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Nine of the Plaintiff's Complaint.

10. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Ten of the Plaintiff's Complaint.

11. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eleven of Plaintiff's Complaint.

12. The Defendant admits the allegations contained in Paragraph Twelve of Plaintiff's Complaint.

13. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Thirteen of Plaintiff's Complaint.

14. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fourteen of Plaintiff's Complaint.

15. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifteen of Plaintiff's Complaint.

16. The Defendant repeats the responses to the allegations contained in Paragraphs One through Fifteen of Plaintiff's Complaint.

17. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Seventeen of Plaintiff's Complaint.

18. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eighteen of Plaintiff's Complaint.

19. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Nineteen of Plaintiff's Complaint.

20. The Defendant repeats the responses to the allegations contained in Paragraphs One through Nineteen of Plaintiff's Complaint.

21. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-One of Plaintiff's Complaint.

22. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Two of Plaintiff's Complaint.

23. The Defendant repeats the responses to the allegations contained in Paragraphs One through Twenty-Two of Plaintiff's Complaint.

24. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Four of Plaintiff's Complaint.

25. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Five of Plaintiff's Complaint.

26. The Defendant denies the allegations contained in Paragraph Twenty-Six of Plaintiff's Complaint.

Defendant Donald Durgin demands trial by jury.

Respectfully Submitted,

Donald Durgin, Pro Se
7 Tom's Hollow Road
Orleans, MA  02662
508-255-0230

### CERTIFICATE OF SERVICE

I hereby certify that the within document was served this day upon the attorneys for all parties hereto, by mail, postage prepaid.

Dated: March 25, 2005

Donald Durgin, Pro Se