UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DURGIN PAINTING, INC., DONALD DURGIN and PATRICIA DURGIN,<br><br>Defendants. | CIVIL ACTION NO. 04-12541JLT |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR NORTH AMERICAN SPECIALTY INSURANCE COMPANY**

This is to notify the Court and all parties to the above-captioned matter that, effective July 1, 2005, the new firm name, address, telephone number and facsimile number for counsel for North American Specialty Insurance Company is as follows:

**Hinshaw & Culbertson LLP**
**One International Place, 3rd Floor**
**Boston, MA 02110**
**Telephone: (617) 213-7000**
**Fax: (617) 213-7001**

1

2

                                        Respectfully Submitted,
**NORTH AMERICAN SPECIALTY INSURANCE COMPANY**
By its attorneys,

/s/ Eric H. Loeffler
_____
Bradford R. Carver, BBO #565396
Eric H. Loeffler, BBO #641289
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
Telephone: (617) 213-7000

Date: July 14, 2005

2