UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY,

  Plaintiff,

v.             CIVIL ACTION NO. 04-CV-12541-JLT

DURGIN PAINTING, INC., DONALD
DURGIN and PATRICIA DURGIN,

  Defendants.

## AGREED JUDGMENT ENTRY

It is agreed, by and between the parties, that a judgment shall be entered as follows:

1. Judgement shall be entered, jointly and severally, against Durgin Painting, Inc., Donald Durgin and Patricia Durgin (hereinafter collectively referred to as the "Defendants") in favor of North American Specialty Insurance Company ("NAS") in the amount of $89,360.30.

2. Nothing contained in this Agreed Judgment Entry shall prevent NAS from maintaining additional actions against the Defendants in the event NAS sustains different or additional damages than set forth herein.

IT IS SO ORDERED:

Dated: _____

              _____
              Tauro, J.

AGREED TO BY:

_/s/ Donald Durgin, Pres._____
Durgin Painting, Inc.

_/s/ Donald Durgin_____
Donald Durgin, individually

_/s/ Patricia C. Durgin_____
Patricia Durgin, individually

34012492v1 NEWFILE