Case 1:04-cv-12541-JLT   Document 13   Filed 10/03/2005   Page 1 of 1
Sep 28 05 05:09p   Resident Engineer's Offic  617-241-0721         p.2
HINSHAW Case 1:04-cv-12541-JLT   Document 12   Filed 09/28/2005   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

v.    CIVIL ACTION NO. 04-CV-12541-JLT

DURGIN PAINTING, INC., DONALD
DURGIN and PATRICIA DURGIN,

    Defendants.

## AGREED JUDGMENT ENTRY

It is agreed, by and between the parties, that a judgment shall be entered as follows:

1. Judgement shall be entered, jointly and severally, against Durgin Painting, Inc., Donald Durgin and Patricia Durgin (hereinafter collectively referred to as the "Defendants") in favor of North American Specialty Insurance Company ("NAS") in the amount of $89,360.30.

2. Nothing contained in this Agreed Judgment Entry shall prevent NAS from maintaining additional actions against the Defendants in the event NAS sustains different or additional damages than set forth herein.

**IT IS SO ORDERED:**

Dated:

_____
Tauro, J.
10/3/05

**AGREED TO BY:**

_____
Durgin Painting, Inc.

_____
Donald Durgin, individually

_____
Patricia Durgin, individually

14012492v1 NEWFILE

